CARLIE CHRISTENSEN, Acting United States Attorney (#633)
CARLOS ESQUEDA, Assistant United States Attorney (#5386)
ANDREW CHOATE, Assistant United States Attorney (#13615)
185 South State Street, Suite 300
Salt Lake City, Utah   84111
Telephone:   (801) 524-5682
Facsimile:   (801) 524-6924

FILED
U.S. DISTRICT COURT
2014 JUL 23  ᗡ 12: 16
DISTRICT OF UTAH
BY:_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN HUGGINS,<br><br>          Defendant. | INDICTMENT<br><br>VIOS.<br><br>26 U.S.C. § 5861(d)<br>Possession of an Unregistered Destructive Device<br><br>18 U.S.C. § 842(i)(1)<br>Possession of an Explosive by a Restricted Person<br><br>18 U.S.C. § 842(p)(2)(B)<br>Unlawful Distribution of Information Relating to the Manufacture and Use of Explosives or Destructive Devices |

Case: 1:14-cr-00035
Assigned To : Nuffer, David
Assign. Date : 7/23/2014
Description: USA v.

### COUNT 1
### 26 U.S.C. § 5861(d)
**Possession of an Unregistered Destructive Device**

On or about July 10, 2014, in the Northern Division of the District of Utah,

JOHN HUGGINS,

defendant herein, did knowingly possess a firearm as defined in 26 U.S.C. § 5845(a)(8) and 26 U.S.C.§ 5845(f), to wit: a " destructive device, which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. § 5861(d).

## COUNT 2
### 18 U.S.C. § 842(i)(1)
### Possession of an Explosive by a Restricted Person

On or about July 10, 2014, in the Northern Division of the District of Utah,

JOHN HUGGINS,

defendant herein, did knowingly possess and receive an explosive that had been shipped and transported in and affecting interstate commerce while under indictment for a crime punishable by imprisonment for a term exceeding one year; all in violation of 18 U.S.C. § 842(i)(1).

## COUNT 3
### 18 U.S.C. § 842(p)(2)(B)
### Unlawful Distribution of Information Relating to the Manufacture and Use of Explosive or Destructive Devices

From on or about July 1, 2014 until on or about July 10, 2014, in the Northern Division of the District of Utah,

JOHN HUGGINS,

defendant herein, did knowingly distribute to persons, by electronic and personal means,

//

//

//

information pertaining to the manufacture and use of an explosive and destructive device, knowing that such persons intended to use the information for and in furtherance of, an activity that constitutes a federal crime of violence; all in violation of 18 U.S.C. § 842(p).

A TRUE BILL:

/S/
---
FOREPERSON OF THE GRAND JURY

CARLIE CHRISTENSEN
ACTING UNITED STATES ATTORNEY

CARLOS ESQUEDA
ANDREW CHOATE
Assistant United States Attorneys