AO 442
# United States District Court
## DISTRICT OF UTAH, NORTHERN DIVISION

FILED U.S. DISTRICT COURT
2014 JUL 28 P 12: 21
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

UNITED STATES OF AMERICA
v.
**John Huggins**

**WARRANT FOR ARREST**

**CASE NUMBER: 1:14-CR-00035 DN**

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOHN HUGGINS**
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Possession of an Unregistered Destructive Device; Possession of an Explosive by a Restricted Person; Unlawful Distribution of Information Relating to the Manufacture and Use of Explosives or Destructive Devices**

in violation of __26:5861(d); 18:842(i)(1); 18:842(p)__ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

July 23, 2014 at Salt Lake City, Utah
Date and Location

By: Aimee Trujillo
    Deputy Clerk

Bail fixed _____ by _____
                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/23/14 | Ryan Evans | Ryan Evans |
| DATE OF ARREST 7/25/14 | | |