Kathryn N. Nester, Federal Public Defender (#13967)
Adam G. Bridge, Assistant Federal Public Defender (#14552)
OFFICE OF THE FEDERAL PUBLIC DEFENDER – DISTRICT OF UTAH
46 W. Broadway, Ste. 110
Salt Lake City, UT 84101
Phone: (801) 524-4010 │ Fax: (801) 524-4060
Email: adam_bridge@fd.org

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN D. HUGGINS,<br><br>      Defendant. | DEFENDANT'S MOTION TO REVIEW PRETRIAL DETENTION ORDER<br><br>Case No.   1:14-CR-035-DN |

   The Defendant, John D. Huggins, through counsel, pursuant to 18 U.S.C. § 3142(f), moves to review the Court's pretrial detention order.   In support of his motion, Mr. Huggins states as follows:

   1. Mr. Huggins is charged with Possession of an Unregistered Destructive Device, Possession of an Explosive by a Restricted Person, and Unlawful Distribution of Information Relating to the Manufacture and Use of Explosives or Destructive Devices, in violation of 26 U.S.C. § 5861(d) and 18 U.S.C. §§ 842(i)(1) and 842(p)(2)(B).

   2. The Court held a detention hearing on July 15, 2014.   The Court detained Mr. Huggins based on a finding that he presents an unmanageable risk of danger to the community. The Court didn't find that Mr. Huggins presents an unmanageable risk of non-appearance.

3. Since the detention hearing, the defense has reviewed the discovery[1] related to the three charges. There are significant evidentiary deficits with respect to each count. There is also no reliable evidence in support of the government's separatist, domestic terrorism claims.

4. The information disclosed in discovery wasn't known to the defense at the time of the first hearing and it has a material bearing on the issue of whether there are a set of conditions under which Mr. Huggins can be released.

For all these reasons, Mr. Huggins moves to review the Court's detention order at the status hearing set for September 15, 2014.

Dated this 9th day of September, 2014.

Respectfully Submitted:
JOHN D. HUGGINS

By: */s/ Adam G. Bridge*
Adam G. Bridge
Assistant Federal Public Defender

---

[1] The government has yet to provide the FBI's forensic report on the alleged "destructive device."