CARLIE CHRISTENSEN, United States Attorney (#633)
ANDREW R. CHOATE, Assistant United States Attorney (#13615)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN D. HUGGINS,<br><br>Defendant. | Case No.  1:14CR00035 DB<br><br>POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS J.S.S.G. § 6A1.2, DUCrimR 32-1 |

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report revised on May 21, 2015, by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is unaware of any matters disputed between the government and the defendant with respect to such report.  The United States

–1–

has no objection to the Presentence Report.

DATED this 9th day of June, 2015.

                                            CARLIE CHRISTENSEN
                                            Acting United States Attorney


                                            */s/ Andrew R. Choate*
                                             ANDREW R. CHOATE
                                             Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing was caused to be served on all persons named below, by electronic filing notice on the 9th day of June, 2015.

>Adam G. Bridge
>UTAH FEDERAL DEFENDER OFFICE
>46 W BROADWAY STE 110
>SALT LAKE CITY, UT 84101
>(801)524-4010
>Email: adam_bridge@fd.org
>LEAD ATTORNEY
>ATTORNEY TO BE NOTICED
>Designation: Public Defender or Community Defender Appointment

>Robert L. Steele
>UTAH FEDERAL DEFENDER OFFICE
>46 W BROADWAY STE 110
>SALT LAKE CITY, UT 84101
>(801)524-5877
>Email: robert_steele@fd.org
>ATTORNEY TO BE NOTICED
>Designation: Public Defender or Community Defender Appointment

/s/ Carol Kinsman
CAROL KINSMAN
Legal Assistant