JOHN W. HUBER, Acting United States Attorney (#7226)
CARLOS ESQUEDA, Assistant United States Attorney (#5386)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | Case No. 1:14 CR 035 |
| JOHN HUGGINS, | : | |
| | : | |
| Defendant. | : | |

The United States by and through the undersigned Assistant United States, hereby opposes the defendant's motion for early termination.

Although the United States is pleased with the defendant's performance on supervised release the length and duration of supervised release is not only important to ensure compliance, but also the safety of the community. It is clear that the defendant can perform well under a strict supervised release regiment. However, in order to ensure the safety of the public the defendant should remain on supervised release for the duration of the time imposed by this Court.

1

The defendant was convicted of a very serious offense of possession of an unregistered explosive device. In addition, the defendant had threatened to use said device against a local police department and bible group. During the investigation it was also discovered that the defendant possessed photographic contraband on his computer.

Based upon the underlying conduct, the nature of the offense and the risk to the community, the defendant should remain on supervised release as ordered by this Court. The United States requests this Court to deny the defendant's motion.

Dated this 16th day of August, 2017.

JOHN W. HUBER
United States Attorney


/s/ *Carlos A. Esqueda*
Carlos A. Esqueda
Assistant United States Attorney

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a true and correct copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION was delivered via CM/ECF filing to all parties named below, this 16$^{the}$ day of August 2017.

Adam G. Bridge
Utah Federal Defenders
Attorney for Defendant.

                                          /s/*Emily Goodman*